# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:                                              :
                                                    :        Chapter 13
    Carlos M. Gonzalez
    Sandra M. Gonzalez
                                                    :        Case No 26-11365-djb
Debtor
                                                    :

_____

## O R D E R

AND NOW, this _____ day of _____, 2026, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before May 22, 2026.

_____
HONORABLE DEREK J BAKER
UNITED STATES BANKRUPTCY JUDGE

**Date: May 19, 2026**