**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Carlos M Gonzalez and Sandra M Gonzalez aka Sandra M Cardoso | Case No. 26-11365-djb |
| | Chapter 13 |
| The Secretary of Veterans Affairs, an officer of the United States,<br>          Movant | |
| vs. | |
| Carlos M Gonzalez and Sandra M Gonzalez aka Sandra M Cardoso,<br>          Debtor's | |

**OBJECTION TO CONFIRMATION
OF DEBTORS' CHAPTER 13 PLAN**

The Secretary of Veterans Affairs, an officer of the United States ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtors' Chapter 13 Plan* (Doc 22), and states as follows:

1.      The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 1, 2026.

2.      The Debtors filed a Chapter 13 Plan (the "Plan") on May 22, 2026 (Doc 22).

3.      The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtors are inaccurate.  Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $17,974.84, whereas the Plan proposes to pay only $15,000.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be

confirmed.  Movant objects to any plan which proposes to pay it anything less than $17,974.84 as the pre-petition arrearage over the life of the plan.

4.      Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due to Movant is $17,974.84. Therefore, the Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

5.      Movant objects to any plan which proposes to pay it anything less than $17,974.84 as the pre-petition arrearage over the life of the plan.

Wherefore, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Carlos M Gonzalez and Sandra M Gonzalez aka Sandra M Cardoso | Case No. 26-11365-djb |
| The Secretary of Veterans Affairs, an officer of the United States,<br>　　　Movant<br><br>vs.<br><br>Carlos M Gonzalez and Sandra M Gonzalez aka Sandra M Cardoso,<br>　　　Debtor's | Chapter 13 |

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, certify that on June 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection To Confirmation Of Debtors' Chapter 13 Plan

　　　I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: June 9, 2026

　　　　　　　　　　　　　　　/s/Andrew Spivack
　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　Brandon Perloff, PA Bar No. 316979
　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J. Sadek, Debtor's Attorney
Sadek Law Offices, LLC
1500 JFK Boulevard Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
           ☐ Other:

Kenneth E. West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
           ☐ Other:

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
           ☐ Other:

Carlos M Gonzalez
908 Forrest Avenue
Norristown, PA 19401
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
           ☐ Other:

Sandra M Gonzalez
908 Forrest Avenue

Norristown, PA 19401
Debtor

Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: